

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00901-CV

Gupreet **KOCHAR**,
Appellant

v.

Mark **WASSERMAN** d/b/a Chick-Fil-A Medical Center FSU,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2017CV02440
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellee is awarded the costs he incurred related to the appeal.

SIGNED July 24, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice